

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-18-00729-CV

**STATE FARM MUTUAL AUTOMOBILE ASSOCIATION**,
Appellant

v.

Veatrice **COOK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21431
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion is due November 4, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk